THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN EDWARD JOSEPH RUZAS, Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.